# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**KIDIA M. TYLER,**

  Plaintiff,

v.           **Case No. 14-C-955**

**MILWAUKEE AREA OFFICE,**

  Defendant.

## DECISION AND ORDER

A motion to recuse and three motions for relief from judgment are pending in this action. (ECF Nos. 15-18.) The motions relate to this Court's order denying pro se Plaintiff Kidia M. Tyler's ("Tyler") request for leave to proceed *in forma pauperis* on her civil action against the Milwaukee Area Office of the Equal Employment Opportunities Commission ("EEOC") and dismissing the action with prejudice as frivolous. (ECF No. 7.) Final judgment was entered. (ECF No. 8.)

Her motion for recusal relates to the Court's rulings during this action and those rulings do not provide a basis for recusal. *See Liteky v. United States,* 510 U.S. 540, 555 (1994). Tyler has now filed motions for relief from judgment and a proposed amended complaint. Filed less than 28 days from the entry of judgment, her motions are Rule 59(e) motions.

Rule 59(e) allows a court to alter or amend a judgment only if the petitioner can establish a manifest error of law or can present newly discovered evidence. *Anderson v. Catholic Bishop of Chi.* 759 F.3d 645, 652-53 (7th Cir. 2014) (citing Fed. R. Civ. P. 59(e)). Tyler has not established a basis for relief from judgment and her proposed amended Complaint remains futile. Therefore, Tyler's motions for relief from judgment are denied.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Tyler's motion for recusal (ECF No. 15) is **DENIED**;

Tyler's motions for relief from judgment (ECF Nos. 16-18) are **DENIED**.

Dated at Milwaukee, Wisconsin, this 30th day of September, 2014.

                                      **BY THE COURT:**

                                      */s/ Rudolph T. Randa*
                                      **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**